UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00326-JPH-DML ) |
| CHARLES D. WECHSLER, | ) -01 ) |
| Defendant. | ) |

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS**

Mr. Wechsler's motion to proceed *in forma pauperis*, dkt. [77], is **GRANTED**. *See* 28 U.S.C. § 1915(a); *see Thomas v. Zatecky*, 712 F.3d 1004, 1005 (7th Cir. 2013) ("[T]he possibility of litigating *in forma pauperis*—applies to 'any suit, action or proceeding, civil or criminal, or appeal therein'"). While *in forma pauperis* status allows Mr. Wechsler to proceed without prepayment of fees, he remains liable for the full fees. *See Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. Jan. 15, 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time.

**SO ORDERED.**

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

David F. Hurley
HURLEY & HURLEY PC
dhurley@hurley-legal.net

Theodore J. Minch
SOVICH MINCH LLP
tjminch@sovichminch.com

MaryAnn Totino Mindrum
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
maryann.mindrum@usdoj.gov

Julie L. Treida
TREIDA LAW
treidalaw@gmail.com